19482. ATLANTIC COAST LINE RAILROAD COMPANY *v.* GEORGIA
SWEET POTATO GROWERS ASSOCIATION.

JENKINS, P. J.   Under the answer returned by the Supreme Court to the question certified to it in this case (*Atlantic Coast Line R. Co.* v. *Georgia Sweet Potato Growers Association,* 171 *Ga.* 30, 154 S. E. 698), this court is without jurisdiction to entertain the same, and the motion to dismiss the writ of error must be sustained.

*Writ of error dismissed.   Stephens and Bell, JJ., concur.*
DECIDED SEPTEMBER 26, 1930.

*Wilson, Bennett & Pedrick, Bennett & Bennett,* for plaintiff in error.

*Parker & Parker, Ellis, Mitchell & Ellis,* contra.